UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRELL JOHNSON,<br><br>                Plaintiff<br><br>    v.<br><br>KING COUNTY CORRECTIONAL FACILITY,<br><br>                Defendant. | NO. C15-1427-RSM<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.

2. Defendant's motion for summary judgment, Dkt. 17, is GRANTED.

3. This action is DISMISSED with prejudice.

4. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 25 day of July 2016.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1